UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERTO GUIZAR-SOLANO,<br><br>    Defendant. | NO.  CR-09-6019-RHW<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR SENTENCE ADJUSTMENT** |

Before the Court is Defendant's Motion for Sentence Adjustment (Ct. Rec. 33), heard without oral argument. Defendant's Motion raises the same arguments set forth in his Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Ct. Rec. 30), which the Court previously dismissed (Ct. Rec. 31). For the same reasons set forth in that order, the Court finds the instant motion to be without merit.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for Sentence Adjustment (Ct. Rec. 33) is **DENIED.**

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward a copy to Defendant.

**DATED** this 29th day of December, 2010.

*s/Robert H. Whaley*
ROBERT H. WHALEY
UNITED STATES DISTRICT JUDGE

Q:\CRIMINAL\2009\Guizar-Solano\denyhabeas2.ord.wpd

**ORDER DENYING DEFENDANT'S MOTION FOR SENTENCE ADJUSTMENT** * 1